# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DOBBINS,<br><br>    Plaintiff<br><br>v.<br><br>TESLA, INC. (a.k.a. TESLA MOTORS, INC.) a Delaware Corporation; DOES I-X; and ROE Business Entities I-X,<br><br>    Defendants | Case No.: 2:21-cv-01607-APG-DJA<br><br>**Order Transferring Case to Northern Division** |

The defendants removed this action to the unofficial southern division of this court. The complaint states that the events giving rise to this lawsuit occurred in Storey County. ECF No. 1-1 at 3. That is in the unofficial northern division of the court. Local Rule IA 1-6. Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the defendants regarding any federal filing fee.

DATED this 1st day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE